UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 2 2 2005

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

UNITED STATES OF AMERICA

v.  NO. 4:05CR00193

ADRIAN PATILLO

## NOTICE FOR DISMISSAL OF INDICTMENT

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Eastern District of Arkansas hereby moves to dismiss the Indictment against ADRIAN PATILLO.

BUD CUMMINS
United States Attorney

By: PATRICK HARRIS
Assistant U. S. Attorney
P. O. Box 1229
Little Rock, AR 72203
(501) 340-2610

Leave of Court is granted this 21st day of July, 2005, for filing the foregoing dismissal of indictment.

_____
UNITED STATES DISTRICT JUDGE